# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.   2021 CW 0034

VERSUS

TEXAS BRINE COMPANY, LLC

**APRIL 23, 2021**

In Re:   Texas  Brine  Company,  LLC,  applying  for  supervisory
writs,  23rd  Judicial  District  Court,  Parish  of
Assumption, No. 34265.

**BEFORE:   GUIDRY, WELCH, AND WOLFE, JJ.**

**WRIT DENIED; REQUEST FOR STAY DENIED.** This court declines
to exercise its supervisory jurisdiction. The criteria set forth
in **Herlitz Construction Co., Inc. v. Hotel Investors of New
Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not
met.

**JMG**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT